# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Patricia Rubio, et al.,                         Case Number 23-11393-H

    Appellant,                             District Court No. 0:20-cv-62038-RS

v.

Bengal Properties, et al.,

    Appellees.
_____/

**Appellant's Motion to File Transcript Order Form Out of Time**

                          Morgan Weinstein
                          **Twig, Trade, & Tribunal, PLLC**
                          1512 E Broward Blvd, Suite 204A
                          Fort Lauderdale, FL 33317
                          Florida Bar No. 87796
                          954-540-2755
                          morgan@twiglaw.com
                          service@mlwlegal.com
                          *Attorney for Appellant*

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned, counsel for Appellant, Patricia Rubio, hereby certifies that the following is a complete list of the trial judge(s), attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Balmuth, Barry Seth, Counsel for Appellant
2. Bengal Properties, Inc., Appellee
3. Corrigan, Jodi, Counsel for Appellee
4. Dyleski, Mary Grace, Counsel for Appellee
5. Jodi Corrigan, P.A., Counsel for Appellee
6. Kohlmyer, Ernest III, Counsel for Appellee
7. Law Office of Barry Seth Balmuth, Counsel for Appellant
8. Newhart, Darren, Counsel for Appellant
9. Parry, Ian, Counsel for Appelle
10. Rubio, Patricia, Appellant
11. Rocke LcLean & Sbar, P.A., Counsel for Appellee
12. Sbar, Jonathan, Counsel for Appellee

13. Shepard Smith Kohlmyer & Hand, P.A., Counsel for Appellee

14. Smith, Rodney, Southern District Court of Florida Judge

15. Southern Management Systems, Inc, Appellee

16. Twig Trade & Tribunal, PLLC, Counsel for Appellant

17. Weinstein, Morgan L, Counsel for Appellant

By: *Morgan L. Weinstein, Esq.*

Morgan L. Weinstein, Esq.
Florida Bar No. 87796
**Twig, Trade, & Tribunal, PLLC**
1512 E Broward Blvd, Ste 204A
Fort Lauderdale, FL 33301
(954) 540-2755
morgan@twiglaw.com
*Counsel for the Appellant*

## Certificate of Service

**I hereby certify** that on June 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

    **Twig, Trade, Tribunal, PLLC**
    1512 E Broward Blvd, Suite 204A
    Fort Lauderdale, FL 33317
    954-540-2755
    morgan@mlwlegal.com
    service@mlwlegal.com

    /s/ Morgan Weinstein
    Morgan Weinstein
    Attorney for Petitioner
    Florida Bar No. 87796

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Patricia Rubio, et al.,　　　　　　　　　Case Number 23-11393-H

　　　Appellant,　　　　　　　　　　　District Court No. 0:20-cv-62038-RS

v.

Bengal Properties, et al.,

　　　Appellees.
_____/

**Appellant's Motion to File Transcript Order Form Out of Time**

The appellant, by and through undersigned counsel, and pursuant to this Court's Notice dated May 16, 2023, hereby files this motion to file civil appeal statement out of time, and states:

1.　The undersigned has received the Court's notice that the transcript order form was not timely filed. The appellant will diligently prosecute this appeal and has been diligently prosecuting this appeal. Currently, the Court is determining whether it has jurisdiction to entertain this appeal. The undersigned coordinating with opposing counsel regarding the filing of joint responses and the timing of those responses, which have now also been filed.

2. In accordance with the Court's notice, the appellant has filed its transcript order form in this Court and in the trial court, and has ordered the February 22, 2022 trial transcript from the court reporter.

3. Based upon the foregoing, the appellant respectfully requests that this Honorable Court grant the instant motion and permit the filing of the transcript order form out of time.

Respectfully submitted,

/s/ Morgan Weinstein
Morgan Weinstein
**Twig, Trade, & Tribunal, PLLC**
1512 E Broward Blvd, Suite 204A
Fort Lauderdale, FL 33317
Florida Bar No. 87796
954-540-2755
morgan@twiglaw.com
service@mlwlegal.com
*Attorney for Appellant*

## Certificate of Compliance Pursuant to
## Federal Rule of Appellate Procedure 32(g)

**I hereby certify** that, pursuant to Federal Rule of Appellate Procedure 32(g), 27(d)(1)-(2) and 32(c)(1), the foregoing documents complies with the page and type limitations of Federal Rule of Appellate Procedure 27(d)(2)(A)-(B) and 32(a)(5)-(6), and does not exceed 20 pages, has been prepared in proportionally-spaced typeface using Microsoft Word, printed in 14-point Times New Roman font, and, as measured by the word processing system used to prepare the document, contains 174 words, excluding the parts exempted by Federal Rule of Appellate Procedure 27(a)(2)(B) and 32(f), and thus does not exceed 5,200 words.

/s/ Morgan Weinstein
Morgan Weinstein
*Attorney for Appellant*

## Certificate of Service

**I hereby certify** that this document was served on June 6, 2023 on all parties of record through the CM/ECF system.

/s/ Morgan Weinstein
Morgan Weinstein
*Attorney for Appellant*